IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE HAWKINS, | ) | No. C 10-2895 LHK (PR) |
| Petitioner, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| A. HEDGPETH, et al., | ) ) | |
| Respondents. | ) ) | |

On June 21, 2010, Petitioner filed a petition for writ of habeas corpus. On July 19, 2010, Petitioner filed a complaint under the same case number. On August 27, 2010, the Court dismissed this action with leave to amend due to several deficiencies in Petitioner's civil rights complaint. The Court also directed Petitioner to file an amended civil rights complaint, and instructed Petitioner that he was required to pay the $350.00 filing fee or submit an application to proceed in forma pauperis. The Court warned Petitioner that the failure to file an amended civil rights complaint within thirty days would result in the dismissal of this action. To date, Petitioner has not communicated with the Court. Accordingly, this case is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __12/5/10_____                    _____
                                                 LUCY H. KOH
                                                 United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Hawkins895dis.wpd