IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HAWKINS, ) | No. C 10-2895 LHK (PR) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| A. HEDGPETH, et al., ) | |
| Respondents. ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/5/10

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Hawkins895jud.wpd